UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:07-CR-83
) JUDGE Phillips-
) Guyton
LARRY DARNELL SANKEY, II )

FILED

2007 JUL 18 P 2: 51

## ORDER

Upon motion of the United States, it is hereby ORDERED, pursuant to Rule 6(e)(4), Fed. R. Crim. P., that the file in the above-styled case be sealed by the Clerk until the Defendant is in custody or has been released pending trial, at which time the file shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

/s/ J. Bruce Guyton

---

UNITED STATES MAGISTRATE JUDGE