UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:07-CR-83 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| ) | |
| LARRY DARNELL SANKEY, II ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance and arraignment were held in this case on August 3, 2007. W. Brownlow Marsh, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt was present representing the defendant. Upon motion of the government for detention stating that the defendant was on state probation at the time of his arrest and the 10 day time period for the government/Pretrial Services to check with the State of Tennessee is applicable, the defendant shall be detained pending a hearing. Pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing is scheduled for **Monday, August 13, 2007,** at **10:00 a.m.**, before the undersigned. The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

IT IS SO ORDERED.

ENTERED:

    s/ H. Bruce Guyton
United States Magistrate Judge